AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Hector Manuel Cruz

Defendant

Case No. CR-22-980-TUC-RM(LCK)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Hector Manuel Cruz,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to possess with intent to distribute and distribute methamphetamine, fentanyl, cocaine, and heroin;
21:841(a)(1) and (b)(1)(B)(viii) Possession with intent to distribute methamphetamine, 18:2 Aid and abet;
21:841(a)(1) and (b)(1)(C) Possession with intent to distribute fentanyl;
21:841(a)(1) and (b)(1)(B)(viii) Possession with intent to distribute methamphetamine, 18:2 Aid and abet

*Issuing officer's signature*

City and state:   Tucson, Arizona                     K. Hughes, Deputy Clerk
                                                     *Printed name and title*
cc: AUSA, USMS, PTS

| Return |
|---|
| This warrant was received on *(date)* 05/16/2022, and the person was arrested on *(date)* 05/17/2022 at *(city and state)* TUCSON, ARIZONA. |
| Date: 05/17/2022 |
| *Arresting officer's signature* |
| Alexander Woytenko AZDPS Detective |
| *Printed name and title* |